# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO C. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER DOMINGUEZ,<br><br>　　　　　Defendant. | CASE NO. 1:08-cv-00340-DLB PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. 27) |

　　　On September 30, 2009, Plaintiff Rodolfo C. Anderson filed a motion requesting that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

　　　Defendant Dominguez has not yet served an answer or motion for summary judgment. At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims. <u>Duke Energy Trading and Marketing, L.L.C. v. Davis</u>, 267 F.3d 1042, 1049 (9th Cir. 2001). Based on Plaintiff's request for dismissal without prejudice, the court deems it proper to order this action dismissed. Fed. R. Civ. Pro. 41(a)(2).

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed, without prejudice.

　　　IT IS SO ORDERED.

　　Dated:　**October 2, 2009**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1